IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TIMOTHY J. ROTH, | ) ) |
| Defendant, | ) ) |
| and | ) Case No. 11-cv-02079 ) |
| KEYOP EXERCISE, INC., MEZOLINK, INC. (F/K/A INTEGRATED DATA SECURITY INC.), VCN CELECT.ORG, LLC, VCOMM NETWORKS OF CANADA, | ) ) ) ) ) |
| Relief Defendants. | ) |

RECEIVER'S SECOND APPLICATION FOR COMPENSATION

NOW COMES the Receiver, Timothy L. Bertschy, and prays this Court for payment of compensation for the Receiver and the Receiver's attorneys, stating as follows:

1.  The Receiver was appointed by this Court on March 31, 2011. (See D/E #31).

2.  Since that date, the Receiver and his attorneys have pursued collection and marshalling of assets, have investigated and evaluated potential claims of the receivership, and have filed claims for the receivership, among other activities. The Receiver's activities are summarized in the reports filed with this Court, and the Receiver has appeared personally in Court and described the efforts of the Receiver to date.

1

3.      The Receiver presently has in bank accounts the sum of ONE HUNDRED SEVENTY ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 82/100 DOLLARS ($171,755.82).  The Receiver anticipates collecting additional funds from previously executed sales contracts, real property sales, and pending claims.

4.      In the first Application for Compensation the Receiver requested and received the Court's approval of an interim payment to the Receiver of TWO HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($250,000.00) in fees and EIGHT THOUSAND EIGHT HUNDRED SEVENTY AND 89/100 DOLLARS ($8,870.89) in expenses.  Prior to the interim payment the total fees were THREE HUNDRED SIXTEEN THOUSAND TWO HUNDRED EIGHTY THREE AND NO/100 DOLLARS ($316,283.00) for work performed March 31, 2011 through October 31, 2011.  The payment of TWO HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($250,000.00) reduced the outstanding fees to SIXTY SIX THOUSAND TWO HUNDRED EIGHTY THREE AND NO/100 DOLLARS ($66,283.00).

5.      This is the Receiver's second Application for Compensation.  The fees incurred from November 1, 2011 through July 31, 2012 amount to ONE HUNDRED SEVENTY FOUR THOUSAND EIGHT HUNDRED NINE AND 25/100 DOLLARS ($174,809.25) with legal expenses of THREE THOUSAND EIGHT HUNDRED SIXTY NINE AND 09/100 DOLLARS ($3,869.09) incurred.  At this time we are requesting an additional interim payment of ONE HUNDRED TWENTY FIVE THOUSAND AND NO/100 ($125,000.00) in fees and THREE THOUSAND EIGHT HUNDRED SIXTY NINE AND 09/100 DOLLARS ($3,869.09) in expenses. This partial billing represents time and expense for Receivership administration (the collection and marshalling of assets) but does not include time expended on contingency matters.  Attached hereto is a summary billing for the

work for which payment is requested. A detailed billing has been sent to the Plaintiff SEC for review and comment, per this Court's request.

6. Generally, the administrative costs and expenses associated with the management and operation of the receivership are the first to be paid out of the funds held in the receivership. *See Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994) ("As a general rule, the expenses and fees of a receivership are a charge upon the property administered . . . Courts in equity have allowed liens for receivership expenses to take priority over secured creditors' interests in the property when the receiver's acts have benefited the property.") (citations omitted); *In re Columbia ribbon Co.*, 117 F.2d 999, 1002 (3rd Cir. 1941) ("[i]n receivership(s) . . . it is held that the compensation of receivers and their counsel is to be given priority of payment over taxes, receiver's certificates and other receivership creditors.") (citations omitted).

7. As additional funds are collected by the Receiver, the Receiver will make additional applications for compensation, including compensation for the unbilled and unpaid amounts to date.

8. Through the Receiver's website, the Receiver is providing a copy of this notice to all current claimants who have submitted claims to the receivership, as well as all taxing authorities who have notified the Receiver of alleged tax liabilities. Similarly, notice of the hearing set on this motion will be provided to said claimants and taxing authorities.

WHEREFORE, the Receiver respectfully prays this Court to grant this Application for Compensation and to allow the Receiver to pay to the Receiver from the Receiver's accounts ONE HUNDRED TWENTY FIVE THOUSAND AND NO/100 DOLLARS ($125,000.00) in fees and THREE THOUSAND EIGHT HUNDRED SIXTY NINE AND 09/100 DOLLARS ($3,869.09) in expenses, for a hearing on this motion, and for such other and further relief as the Court deems proper.

                    Timothy L. Bertschy, Receiver

              By:___s/Timothy L. Bertschy_____
              Heyl, Royster, Voelker & Allen
              124 SW Adams Street
              Suite 600
              Peoria, Illinois 61602
              Telephone: 309.676.0400
              Facsimile: 309.676.3374
              ARDC #199931


### CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2012, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Central District of Illinois, using the electronic filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Further, I e-mailed this document to counsel for Relief Defendant Mezolink, Inc. at DHelfrey@hnjlaw.com and to counsel for Relief Defendant VCN Celect.org, LLC at mab@mabeckerlaw.com.


              ____s/Timothy L. Bertschy____
              Timothy L. Bertschy

## SUMMARY OF BILLING BY ATTORNEY/ASSISTANT

Set forth below is a summary of the work performed by identified professionals or assistants in the collection and marshalling of assets to date. This is a partial billing of all services as indicated in the Receiver's First Application for Compensation:

| Professional | Time/Unit | Rate | Amount |
|---|---|---|---|
| Timothy L. Bertschy – Overall supervision and involvement in all aspects of the receivership activity. | 59.10 | $250.00 | $14775.00 |
| Patrick D. Cloud – Work on insurance questions relating to collection and marshalling of assets to date. | 5.00 | $225.00 | $1,125.00 |
| William I. Covey – Work with respect to the drafting of contracts for primary sales of receivership assets. | 3.30 | $250.00 | $825.00 |
| Stacy E. Crabtree – Involved in all aspects of collection and marshalling assets with particular work spent with respect to asset sales agreements. | 235.40 | $175.00 | $41,195.00 |
| Rachel P. Ford – Involved in all aspects of collection and marshalling assets with particular involvement with respect to receiving claims and creating claim log. | 160.20 | $90.00 | $14,418.00 |
| Alex S. Ketay- Performed legal research with respect to miscellaneous receivership issues. | 11.10 | $90.00 | $999.00 |
| Andrew J. Keyt – Involved in all aspects of asset collection and marshalling. | 106.10 | $200.00 | $21,220.00 |
| Sheri J. Kyle- Assisted with court filing. | 1.40 | $200.00 | $280.00 |
| Emily Perkins- Performed legal research with respect to miscellaneous receivership issues. | 2.90 | $90.00 | $261.00 |
| Patrick E. Poston – Performed legal research with respect to miscellaneous receivership issues. | 43.10 | $175.00 | $7,542.50 |
| Gregory J. Rastatter - Involved in all aspects of asset collection and marshalling. | 146.30 | $200.00 | $29,260.00 |
| John M. Redlingshafer- Involved in select areas of review of contracts. | 2.00 | $200.00 | $400.00 |
| Vicki L. Schumacher – Involved in aspects of collection and marshalling of assets, primarily matters with a location in Urbana, Illinois. | 72.50 | $90.00 | $6,525.00 |
| Brian M. Smith – Involved in all aspects of asset collection and marshalling, with the primary location | 201.00 | $175.00 | $35,175.00 |

| | | | |
|---|---|---|---|
| in Urbana, Illinois. | | | |
| Corey Wanless – Information technology employee of Heyl, Royster, Voelker & Allen who assisted primarily in maintaining the Celect/Mezolink businesses until they could be sold. | 3.70 | $90.00 | $333.00 |
| Julian C. Watkins- Performed legal research with respect to miscellaneous receivership issues. | 1.90 | $175.00 | 332.50 |
| Maura Yusof – Assisted in obtaining information from Chicago court on Pretzel & Stouffer lawsuit. | 1.60 | $225.00 | $360.00 |

Total legal services - $174,809.25

Total legal expenses - $3,869.09

Total amount of legal services and legal expenses From November 1, 2011 through July 31, 2012 - $178,678.34