Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States Securities and Exchange Commission<br><br>Plaintiff<br><br>vs.<br><br>Timothy J. Roth, Keyop Exercise Inc., Mezolink, Inc., VCN Celect Org, LLC, VCOMM Networks of Canada, Integrity Global Solutions,<br><br>Defendants | Case Number: 11-2079 |

## JUDGMENT IN A CIVIL CASE

**DECISIONS BY THE COURT.**   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

On November 17, 2015, the Court entered an Order approving the Receiver's Final Report and Plan of Distribution, approving the Receiver's final application of compensation, terminating the receivership, discharging the Receiver, and taking other action as outlined in the written Order. All other matters have previously been resolved by the Court. This case is TERMINATED.

**Dated:** 12/4/2015

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court