E-FILED
Thursday, 16 August, 2018  04:40:42 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 11-2079** |
| | ) | |
| **TIMOTHY J. ROTH** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL OF RELIEF DEFENDANTS

Plaintiff United States Securities and Exchange Commission, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismisses its claim against Relief Defendants KeyOp Exercise, Inc., Mezolink, Inc., VCN Celect.org, LLC, and Vcomm Networks of Canada. These Relief Defendants have not filed an answer or a motion for summary judgment in this matter.

Dated: August 16, 2018

                                        UNITED STATES SECURITIES AND
                                          EXCHANGE COMMISSION

                                        /s/ Jonathan S. Polish
                                        By: One of its Attorneys

Jonathan S. Polish
**UNITED STATES SECURITIES**
 **AND EXCHANGE COMMISSION**
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390

CASE_HEADER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018, I electronically filed the foregoing document with the clerk of court for this U.S. District Court using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/  Jonathan S. Polish